# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CIPRIANO LEMUS IBARRA,

Plaintiff,

v.

SUTTON NATIONAL INSURANCE CO.,

Defendant.

Case No.  1:25-cv-01991-EGC

**ORDER THAT PLAINTIFF FILE A WRITTEN STATEMENT SHOWING CAUSE WHY CASE SHOULD NOT BE DISMISSED**

(Docs. 4-1, 6, 10)

On December 23, 2025, Defendant removed this action from Tulare County Superior Court. (Doc. 1).

The Court entered a Scheduling Order that same day, ordering Plaintiff to file the "Consent to Assignment or Request for Reassignment" form "within 90 days." (Doc. 4-1 at 1). Pursuant to the Scheduling Order, Plaintiff's "Consent to Assignment or Request for Reassignment" form was due March 13, 2026.

On April 16, 2026, the Court advised Plaintiff of their failure to comply with the Court's order as to the "Consent to Assignment or Request for Reassignment" form and *sua sponte* extended the time by which Plaintiff was ordered to file this form through May 1, 2026. (Doc. 6). Plaintiff again failed to file this form as ordered by the Court. (*See* Docket).

On May 4, 2026, the Court again *sua sponte* granted Plaintiff additional time, ordering Plaintiff to comply with the Court's order and file the "Consent to Assignment or Request for

Reassignment" form by May 15, 2026. (Doc. 10). The Plaintiff has again failed to file the form as ordered. (*See* Docket).

In sum, Plaintiff has repeatedly failed to file the "Consent to Assignment or Request for Reassignment" form with the Court. (*See* Docket.) Plaintiff will, therefore, be ordered to show cause, if any, why the action should not be dismissed for failure to comply with the Court's Scheduling Order. (Docs. 4-1, 6, 10).

Accordingly, it is HEREBY ORDERED that by no later than June 1, 2026, Plaintiff shall file a written response to this Order to Show Cause. **Failure to respond to this Order to Show Cause _will_ result in a recommendation of dismissal of this action.**

IT IS SO ORDERED.

Dated:   **May 27, 2026**          _____
UNITED STATES MAGISTRATE JUDGE

2